# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Precision Metals Corp. | ) | ASBCA No. 62126 |
| | ) | |
| Under Contract No. SPRTA1-12-C-0060 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Tony Figlozzi
Vice President

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Edward R. Murray, Esq.
Bobby J. Coffman, Esq.
  Trial Attorneys
  DLA Aviation
  Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 29, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62126, Appeal of Precision Metals Corp., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals